COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| IN RE: | § | No. 08-24-00346-CV |
| ADELINE KRISTINE JEMENTE | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |
| | § | |

## MEMORANDUM OPINION

Relator Adeline Kristine Jemente has filed a mandamus petition against Respondent, the Honorable Jesus M. Rodriguez, Judge of County Court at Law Number 5 of El Paso County, Texas. Relator asks that we compel Respondent to vacate his September 26, 2024 order on de novo hearing of Relator's objection to the Associate Judge. Respondent's September 26 order affirmed the Associate Judge's order overruling Relator's objection to the Associate Court. We deny the petition.

Generally, mandamus relief is appropriate only to correct a clear abuse of discretion or to compel the performance of a ministerial duty, and where the relator has no adequate remedy by appeal. *In re Reece*, 341 S.W.3d 360, 364 (Tex. 2011); *In re Prudential Insurance Co. of America*, 148 S.W.3d 124, 135 (Tex. 2004). After reviewing the mandamus petition, record, and

response, we conclude that Relator has failed to establish she is entitled to mandamus relief. Accordingly, we deny the petition.


GINA M. PALAFOX, Justice

October 15, 2024

Before Alley, C.J., Palafox, and Rodriguez, C.J. (Ret)
Rodriguez, C.J. (Ret.) (Sitting by Assignment)